UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **10-60931-CIV-MARTINEZ-BROWN**

JEFFREY D. BIANCHI,

    Plaintiff,

vs.

P&B CAPITAL GROUP, LLC,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Stipulation for Dismissal (D.E. No. 37). It is:

**ADJUDGED** that this action is **DISMISSED**. Per the parties' agreement, Plaintiff's claims under the Fair Debt Collection Practices Act in Count I are dismissed with prejudice, and Plaintiff's claims under the Telephone Consumer Protection Act in Count VII are dismissed without prejudice.[1] The Court retains jurisdiction to consider a motion for attorneys fees and costs with respect to Plaintiff's claim under the Fair Debt Collection Practices Act.[2] It is also:

---

[1] The Court previously granted Defendant summary judgment on Plaintiff's claims in Counts II, IV, V, and VI. *See* (D.E. No. 32). Plaintiff withdrew Count III, and it was dismissed. *See id.*

[2] Any such motion filed must be in accordance with the Southern District Local Rules and the Federal Rules of Civil Procedure.

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 day of January, 2011.

                        JOSE E. MARTINEZ
                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record