UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60931-CIV-MARITNEZ/MCALILEY

JEFFREY D. BIANCHI,

    Plaintiff,

v.

P & B CAPITAL GROUP, LLC,

    Defendant.

_____/

## ORDER GRANTING EXTENSION OF TIME

Pending before this Court is Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Sanctions [DE 48].[1] Plaintiff's response is currently due on April 4, 2011, and he seeks until April 8, 2011 to file the response. Defendant does not object to the extension of time. Accordingly, it is ORDERED that:

1.     Plaintiff's Motion [DE 48] is GRANTED.

2.     Plaintiff shall file his response to Defendant's Motion for Sanctions no later than April 8, 2011.

DONE and ORDERED in chambers in Miami, Florida this 7th day of April, 2011.

_____
CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

Copies to:
The Honorable Jose E. Martinez
All counsel of record

---

[1] The motion was referred to Magistrate Stephen Brown [DE 42], and assigned to me pursuant to the Magistrate Judge reassignment.