UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-60931-CIV-MARTINEZ-MCALILEY

JEFFREY D. BIANCHI,

    Plaintiff,

vs.

P&B CAPITAL GROUP, LLC,

    Defendant.
_____/

## FINAL JUDGMENT ON FEES AND COSTS

Pursuant to Federal Rule of Civil Procedure 58, judgment is entered in favor of the Plaintiff Jeffrey D. Bianchi and against Defendant P&B Capital Group, LLC as set forth in the Court's Order Adopting in Part Magistrate Judge McAliley's Report and Recommendation. Plaintiff is awarded $7,556.50 in attorneys fees and $2,175.00 in costs. Interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961. For which sum let execution issue. Accordingly it is

DONE AND ORDERED in Open Court at Miami, Florida, this 16 day of February, 2012.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record